LEISER SCHNEIDER, Respondent, v. LOUIS RATNER, Appellant.

*Schneider* v. *Ratner*, 127 App. Div. 918, affirmed.
(Submitted February 15, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 10, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover upon a promissory note.

*Abraham A. Spigelgass* for appellant.

*Abraham B. Schleimer* for respondent.

Judgment affirmed, with costs and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.